SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW

July 28, 2026

**VIA ECF**
Hon. Kenneth M. Karas.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *McKenna v. Bedford Central School District,* 7:26-CV-04167 (KMK)

Dear Judge Karas,

This firm represents the Defendant Bedford Central School District in the above-referenced matter and write to respectfully request that the due date for Defendant's response to the Amended Complaint be set for August 11th. Plaintiff's Counsel has consented to this request. The parties have also had some preliminary discussions regarding the possibility of settlement, and we will keep Your Honor advised of any progress.

Thank You for Your Honor's consideration in this matter.

Granted.

So Ordered.

7/29/2026

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

Gerald S. Smith

CC: **Via ECF**
*All Counsel Of Record*

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com