Case 7:26-cv-04167-KMK Document 19 Filed 09/09/26 Page 1 of 1

The Rose Law Group, PLLC
Attorneys at Law

**Jesse C. Rose, Esq.**
JRose@TheRoseLawGroup.com
Direct: (718) 989-1864
www.TheRoseLawGroup.com

September 9, 2026

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: McKenna v. Bedford Central School District**
**Index No.: 26-CV-04167 (KMK)**

Dear Judge Karas:

I represent the Plaintiff, Patricia McKenna, in the above captioned suit. I write in accordance with Your Honor's Individual Rules of Practice to respectfully request an adjournment of the pre-motion conference currently scheduled for September 16, 2026 at 11:00 AM via teleconference. The reason for the adjournment is a hearing which I am scheduled to appear in person throughout the entire day on September 16th. .

1. The original date and time of the conference is September 16, 2026 at 11:00 AM.
2. This is the first request for an adjournment of this appearance.
3. There have been no previous requests for an adjournment.
4. I have conferred with opposing counsel, and Defendant consents to this adjournment request.

We respectfully request that the conference be rescheduled to a date and time convenient for the Court. The Parties have conferred and can be available on September 24th, 25th or 30th at Your Honor's convenience.

Thank You for Your Honor's time and attention to this matter.

Granted. The conference is moved to 9/24/26, at 12 pm.

So Ordered.

9/9/26

Respectfully submitted,

/s/ Jesse C. Rose
Jesse C. Rose

Cc: Opposing Counsel (via ECF)